UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAUL SOTO RIVAS,

                              Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                          Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 3001 (JG)

      An Order of Honorable John Gleeson, United States District Judge, having been filed on September 26, 2005, reversing the Commissioner's decision, pursuant to the sixth sentence of 42 U.S.C. § 405(g); remanding plaintiff's claim in order to locate the administrative record; and directing that if, after ninety days from the date of this Court's Order, the administrative record cannot be located, then plaintiff's disability claims file will be reconstructed, a supplemental hearing will be held and a new decision will be issued; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the sixth sentence of 42 U.S.C. § 405(g); that plaintiff's claim is remanded in order to locate the administrative record; and that if, after ninety days from the date of this Court's Order, the administrative record cannot be located, then plaintiff's disability claims file will be reconstructed, a supplemental hearing will be held and a new decision will be issued.

Dated: Brooklyn, New York
        September 27, 2005

                                                s/Robert C. Heinemann
                                                ROBERT C. HEINEMANN
                                                Clerk of Court