UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAUL SOTO RIVAS,

                  Plaintiff,

-against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 3001 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ MAY 12 2006 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on May 10, 2006, granting the Commissioner's motion for judgment on the pleadings; and reminding plaintiff of what he was told at oral argument: this decision relates only to the period ending September 20, 2002; and ordering that to the extent plaintiff claims to have been disabled after that date, plaintiff may file a new claim for benefits with the Social Security Administration; it is

ORDERED and ADJUDGED that the Commissioner's motion for judgment on the pleadings is granted; that plaintiff is reminded of what he was told at oral argument: this decision relates only to the period ending September 20, 2002; and that to the extent plaintiff claims to have been disabled after that date, plaintiff may file a new claim for benefits with the Social Security Administration.

Dated: Brooklyn, New York
        May 12, 2006

Robert C. Heinemann
Clerk of Court

By: *Terry Vaughn*
Terry Vaughn
Chief Deputy for
Court Operations